THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,<br><br>Plaintiff<br><br>v.<br><br>ADT, INC.,<br><br>Defendant. | Case No. 6:23-cv-00339<br><br>JURY TRIAL DEMANDED<br><br>PATENT CASE |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff") and Defendant ADT, Inc. ("Defendant") hereby stipulate and agree:

1. All claims asserted by Plaintiff in the above-captioned action are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action.

Dated: September 27, 2023

| | |
|---|---|
| GARTEISER HONEA, PLLC<br><br>/s/ *René A. Vazquez*<br>René A. Vazquez<br>Virginia Bar No. 41988 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>/s/ *Michael E. Zeliger*<br>Steven Tepera (TX Bar No. 24053510)<br>steven.tepera@pillsburylaw.com |

<div style="columns:2">

rvazquez@ghiplaw.com
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com

119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

*Attorneys for Plaintiff*

401 Congress Avenue, Suite 1700
Austin, TX 78701-3797
Phone: 512.580.9600
Fax: 512.580.9601

Michael E. Zeliger (CA Bar No. 271118)
michael.zeliger@pillsburylaw.com
2550 Hanover Street Palo Alto, CA 94304
Phone: 650.233.4097
Fax: 650.233.4069

Audrey Lo (CA Bar No. 253738)
audrey.lo@pillsburylaw.com
2550 Hanover Street
Palo Alto, CA 94304
Phone: 650.233.4097
Fax: 650.233.4085

*Attorneys for Defendant*

</div>